CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 24 2018
JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| BRENDA SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:17-cv-00008 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | By: Hon. Jackson L. Kiser  Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I deny Plaintiff Brenda Shelton's ("Plaintiff") Motion for Summary Judgment/Motion to Remand [ECF No. 15], grant the Commissioner's Motion for Summary Judgment [ECF No. 19], and affirm the Commissioner's decision. The R&R was filed on July 2, 2018 [ECF No. 21], and Plaintiff filed objections on July 17 [ECF No. 22]. The Commissioner responded [ECF No. 23], and the matter is now ripe for review. See Fed. R. Civ. P. 72(b). After careful review and consideration, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Objections are **OVERRULED**, the R&R is **ADOPTED**, Plaintiff's Motion for Summary Judgment/Motion to Remand is **DENIED**, and the Commissioner's Motion for Summary Judgment is **GRANTED**. The clerk is directed to close this case.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record as well as to Magistrate Judge Hoppe.

**ENTERED** this 24th day of October, 2018.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE